UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Case No. 2:07-mj-60 |
| Alejandro Olvera-Pichardo, | ) |
| | ) |
| Defendant. | ) |

**ORDER RESCINDING ORDER FILED JULY 27, 2007**

On July 27, 2007, this Court ordered that Alejandro Olvera-Pichardo pay $1,000.00 toward the cost of his defense. The Court was subsequently advised that information provided in a financial affidavit completed July 24, 2007 was inaccurate, and that Alejandro Olvera-Pichardo has no available funds. The Order of July 27, 2007 is therefore rescinded.

Dated this 1st day of August, 2007.


/s/ *Alice R. Senechal*
Alice R. Senechal
U.S. Magistrate Judge